UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                : CASE NO 09-13719
                                        CHAPTER 13
RONNIE J REEVES
                                      : JUDGE BETH A. BUCHANAN
    DEBTOR
                                      : NOTICE OF TRANSMITTAL OF
                                        UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

Check No.            Amount
918286               $7.23

Creditor(s)
BUTLER COUNTY TREASURER
315 HIGH STREET
10TH FLOOR
HAMILTON, OHIO 45011

                                Respectfully submitted,

/s/   Margaret A. Burks, Esq.
      Margaret A. Burks, Esq.
      Chapter 13 Trustee
      Attorney No. OH 0030377

      Francis J. DiCesare, Esq.
      Staff Attorney
      Attorney No. OH 0038798

      Karolina F. Perr, Esq.
      Staff Attorney
      Attorney No. OH 0066193

      600 Vine Street, Suite 2200
      Cincinnati, OH 45202
      (513) 621-4488
      (513) 621 2643 (Facsimile)
      mburks@cinn13.org - Correspondence only
      fdicesare@cinn13.org
      kperr@cinn13.org
      cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, October 21, 2011.

                                                               /s/     Margaret A. Burks, Esq.
                                                                       Margaret A. Burks, Esq.

| BUTLER COUNTY TREASURER<br>315 HIGH STREET<br>10TH FLOOR<br>HAMILTON, OHIO 45011 | Debtor(s) Counsel<br>DEARFIELD, KRUER & CO., LLC<br>8080 BECKETT CENTER DRIVE<br>SUITE 217<br>WEST CHESTER,, OH  45069 |
|---|---|
| Debtor(s)<br>RONNIE J REEVES<br>2580 TOLBERT RD<br>HAMILTON, OH  45011 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br> (service waived) |